**Order filed March 18, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00835-CV

_____

## IN THE INTEREST OF S.G., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2020-17880**

# O R D E R

Appellant's brief was due March 8, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **April 7, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.